# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
### AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 06-241M |
| v. ) | |
| ) | |
| VAN XUAN BENNUM, ) | DETENTION ORDER |
| ) | |
| Defendant. ) | |
| _____ ) | |

<u>Offenses charged</u>:

    Count 1:  Distribution of Methamphetamine in violation of 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(A).

<u>Date of Detention Hearing</u>:   May 26, 2006.

    The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds the following:

FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

    (1)    Pursuant to 18 U.S.C. § 3142(e), there is a rebuttable presumption that defendant is a flight risk based on the nature of the pending charges and because defendant is facing a possible 20-year mandatory minimum sentence.

    (2)    Defendant is a United States citizen but has strong family ties and close contacts to Vietnam.

    (3)    During the past month, defendant has transferred by wire $72,000 to Vietnam.

    (4)    Defendant has admitted travelling to Vietnam during the years of 2005 and

DETENTION ORDER    15.13
18 U.S.C. § 3142(i)    Rev. 1/91
PAGE 1

01 2006. At the time defendant's passport was seized, there were no markings by Customs
02 officials of the trips, indicating the possible existence of other passports or identities in the
03 possession of defendant.

04     (5) There appear to be no conditions or combination of conditions other than
05 detention that will address the risk of flight and the danger to other persons of the community
06 posed by defendant.

07     IT IS THEREFORE ORDERED:

08     (1) Defendant shall be detained pending trial and committed to the custody of the
09 Attorney General for confinement in a correction facility separate, to the
10 extent practicable, from persons awaiting or serving sentences or being held in
11 custody pending appeal;

12     (2) Defendant shall be afforded reasonable opportunity for private consultation
13 with counsel;

14     (3) On order of a court of the United States or on request of an attorney for the
15 government, the person in charge of the corrections facility in which
16 defendant is confined shall deliver the defendant to a United States Marshal
17 for the purpose of an appearance in connection with a court proceeding; and

18     (4) The Clerk shall direct copies of this Order to counsel for the United States, to
19 counsel for the defendant, to the United States Marshal, and to the United
20 States Pretrial Services Officer.

21 DATED this 26th day of May, 2006.

                                            *James P. Donohue*
                                            JAMES P. DONOHUE
                                            United States Magistrate Judge

DETENTION ORDER                                                                15.13
18 U.S.C. § 3142(i)                                                     Rev. 1/91
PAGE 2